

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Matthew Ryan Blain,

Vs. No. 11-14-00042-CR

The State of Texas,

\* From the 238th District
Court of Midland County,
Trial Court No. CR40859.

\* March 6, 2014

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.